**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 13-7647**

─────────

TRAVIS MANDELL KEMP,

Plaintiff – Appellant,

v.

PAUL C. DRAGO; CECILIA REYNOLDS; JEANNA MCKAY; JERRY
WASHINGTON; INVESTIGATOR ROBERTSON; DARREN SEWARD; DANIEL
DEBOSE; TONYA HUNTLEY; WYANE THOMPSON; DERRICK MUNGO; ALLAH
BROWN; LESTER SMALL; JOSEPH STINNET; PAMELA HOUGH; ANN
SETTLERS; LUANNE M. MUNGO; LINDA M. COLEY; LINDA K. LACKEY;
DORIS A. COOKE,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Joseph F. Anderson, Jr., District
Judge. (1:12-cv-01481-JFA)

─────────

Submitted: February 25, 2014          Decided: March 5, 2014

─────────

Before NIEMEYER, MOTZ, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Travis Mandell Kemp, Appellant Pro Se. James E. Parham, Jr.,
Irmo, South Carolina; William Henry Davidson, II, David Allen
DeMasters, Joel Steve Hughes, DAVIDSON & LINDEMANN, PA,
Columbia, South Carolina, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Mandell Kemp appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kemp v. Drago, No. 1:12-cv-01481-JFA (D.S.C. Sept. 11, 2013). We deny Kemp's motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2